**THIS ORDER IS APPROVED.**

Dated: October 05, 2009



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22252/0207043258

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:09-BK-20133-JMM |
| Tara Miranda and Eduardo Miranda<br>    Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>    Movant,<br>  vs. | ORDER<br><br>(Related to Docket #18) |
| Tara Miranda and Eduardo Miranda, Debtors,<br>Stanley J. Kartchner, Trustee.<br><br>    Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 19, 2007 and recorded in the office of the Pima County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Tara Miranda and Eduardo Miranda have an interest in, further described as:

> Lot 307 as shown on the final plat of Tangerine Crossing, recorded in book 60 of maps and plats at page 87. Pima County Recorder's Office. Pima County, Arizona and amended by Declaration of Scrivener's Error recorded in Docket 12716

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT